United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Moneygram Payment Systems, Inc., Plaintiff, <br><br> v. <br><br> Healthy Nutrition Center, LLC and others, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 21-20166-Civ-Scola <br> ) <br> ) <br> ) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Goodman for a report and recommendation on the Plaintiff's motions for contempt orders against Defendants Wisnord Leonard and Israel Guirand. (ECF Nos. 30, 32.) On August 17, 2022, Judge Goodman issued a report, recommending that the Court grant the motion and schedule a show cause hearing, requiring Wisnord and Guirand to personally appear with completed Florida Rule of Procedure Forms 1.977. (Report & Recommendations, ECF No. 40.) No objections have been filed and the time to object has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendation (ECF No. 40). The Court **grants** the Plaintiff's motions for contempt orders against Defendants Leonard and Guirand (**ECF Nos. 30, 32**.) Consistent with the report, the Court schedules a hearing for **Monday, September 19, at 2:00 P.M.**, at which Defendants Leonard and Guirand must personally appear, with completed copies of the Form 1.977, and show cause why the Court should not impose sanctions on Defendants Leonard and Guirand for their failure to comply with Judge Goodman's July 15, 2022, order. Should Defendants Leonard or Guirand fail to appear, the Court will impose sanctions consisting of the issuance warrants for the arrest and coercive incarceration of either noncompliant Defendant.

**Done and ordered** in Miami, Florida, on September 8, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies via U.S. Mail to:*

Wisnord Leonard
21060 NE 18th Court
Miami, FL 33179

Israel Guirand
1355 NE 153rd Street
North Miami Beach, FL 33262